UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

STEVEN LESSARD

v.  C.A. No. 09-112 S

TYCO ELECTRONICS CORP.

V.

HAYWARD INDUSTRIES, INC.
d/b/a GOLDLINE CONTROLS

## ORDER

The Report and Recommendation of United States Magistrate Judge Lincoln D. Almond filed on September 22, 2009, in the above-captioned matter is hereby accepted pursuant to Title 28 United States Code § 636(b)(1). No objection having been filed to the Report & Recommendation, Third-Party Defendant's Motion to Dismiss is hereby DENIED.

By Order,

_____
Deputy Clerk

ENTER:

_____
William E. Smith
United States District Judge

Date: 10/9/09